## WILMINGTON TRUST CORP., Appellee,

v.

## COMMONWEALTH of Pennsylvania, Appellant.

Supreme Court of Pennsylvania.

April 20, 2006.

**ORDER**

PER CURIAM.

AND NOW, to-wit, this 20th day of April, 2006, the Order of the Commonwealth Court is AFFIRMED.